IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SAMUEL R. CONE, II,

      Appellant,

 v.

Case No.  5D22-2585
LT Case No. 2013-CF-000767

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 13, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Samuel R. Cone, II, Lake City, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.